*Richard L. Sullivan* for petitioner. *Solicitor General Reed, Assistant Attorney General Sweeney,* and *Messrs. M. Leo Looney, Jr., Paul A. Sweeney,* and *W. Marvin Smith* for respondent.

No. 286. CHADICK *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. B. D. Tarlton* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Earl C. Crouter* for the United States.

Nos. 291, 292, 293, 294, and 295. BALKWILL *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. W. W. Spalding* and *W. H. Annat* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 296. HOAGE, DEPUTY COMMISSIONER, ET AL. *v.* HARTFORD ACCIDENT & INDEMNITY Co. October 14, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Solicitor General Reed* and *Mr. E. S. Brashears* for petitioners. *Mr. Cornelius H. Dorety* for respondent.

No. 298. NIAGARA FALLS POWER Co. *v.* WATER POWER AND CONTROL COMMISSION OF NEW YORK. October 14,

610

1935. Petition for writ of certiorari to the Appellate Division, Third Judicial Department, Supreme Court of New York, denied. *Messrs. Randall J. LeBoeuf, Jr.,* and *Horace R. Lamb* for petitioner. *Mr. Henry Epstein* for respondent.

No. 299. WILLIAMS POCAHONTAS COAL CO. *v.* BERWIND LAND CO. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. John L. Steinbugler* and *Henry S. Miller* for petitioner. *Mr. LeRoy Allebach* for respondent.

No. 300. NEW ENGLAND NEWSPAPER PUBLISHING CO. *v.* BONNER. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Francis P. Garland* for petitioner. *Messrs. Richard W. Hale* and *John W. Guider* for respondent.

No. 304. MOSES COHEN *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 305. ROSENBAUM *v.* SAME;

No. 306. NATHAN COHEN *v.* SAME; and

No. 307. GODFRIED *v.* SAME. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. H. Kennedy McCook* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Arnold Raum* for respondent.